United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HAVENS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22-cv-2768 |
| CYCLONE SEPTIC SERVICES, LLC, *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the magistrate judge's Memorandum and Recommendation dated August 17, 2023 (Dkt. 26) and the objections thereto (Dkt. 30), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the magistrate judge's Memorandum and Recommendation recommending that Defendant's Motion for Reconsideration (Dkt 14) be denied as moot, Defendant's Motion to Set Aside Default Judgment (Dkt. 17) be granted, and the Final Judgment entered against Defendant (Dkt. 13) be vacated is hereby **ADOPTED** by this court.

It is **ORDERED** that the Final Judgment entered January 26, 2023 (Dkt. 13) is **VACATED**.

It is further **ORDERED** that Defendant must file its Answer to the Complaint within 14 days of entry of this Order of Adoption.

**SIGNED** at Houston, Texas this  11th  day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE